# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00458-RJC-DSC

| | |
|---|---|
| SAFETY NATIONAL CASUALTY CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GARLOCK SEALING TECHNOLOGIES LLC, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's "Motion for Admission Pro Hac Vice [for Andrew K. Epting, Jr.]" (document # 8) filed August 16, 2017. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: August 16, 2017

David S. Cayer
United States Magistrate Judge