**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**
Civil Action No.: 3:17-CV-458-RJC-DSC

| | |
|---|---|
| SAFETY NATIONAL CASUALTY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>GARLOCK SEALING TECHNOLOGIES LLC, ENPRO HOLDINGS, INC. and GARRISON LITIGATION MANAGEMENT GROUP, LTD.;<br><br>Defendants,<br><br>v.<br><br>SAFETY NATIONAL CASUALTY CORPORATION,<br><br>Counterclaim Defendant,<br><br>and<br><br>STARR INDEMNITY & LIABILITY COMPANY,<br><br>Additional Party Defendant. | **ORDER ON SAFETY NATIONAL CASUALTY CORPORATION'S UNOPPOSED MOTION TO CONTINUE OR STAY INITIAL ATTORNEY'S CONFERENCE** |

**THIS MATTER** is before the Court on Safety National Casualty Corporation's Unopposed Motion to Continue or Stay Initial Attorney's Conference. After reviewing the pleadings, the Court finds good cause to stay the parties' obligation to conduct an initial attorney's conference until after the Court has issued a final ruling on Safety National Casualty Corporation's Motion to Stay and Petition to Compel Arbitration.

Within ten days of the Court's final ruling on Safety National Casualty Motion to Stay and Petition to Compel Arbitration, the parties shall conduct the initial attorney's conference.

**SO ORDERED.**

Signed: October 10, 2017

David S. Cayer
United States Magistrate Judge