# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00458-RJC-DSC

| | | |
|---|---|---|
| SAFETY NATIONAL CASUALTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| GARLOCK SEALING TECHNOLOGIES LLC, et al., | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice [for William F. Greaney and Philip Levitz]" (documents ##38-39) filed November 6, 2017. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: November 7, 2017

_____

David S. Cayer
United States Magistrate Judge